**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6447**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY WESLEY CHISOLM,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (CR-98-1186)

Submitted:  August 29, 2002      Decided:  September 5, 2002

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Henry Wesley Chisolm, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Wesley Chisolm appeals the district court's order denying his motion styled as one to Correct a Plain Error Pursuant to Fed. R. Crim. P. 52(b). We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>See</u> <u>United States v. Chisolm</u>, No. CR-98-1186 (D.S.C. Jan. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>